## Hazel Fry, Appellant, v. Northwestern Mutual Life Insurance Company and Fine Arts Building, Appellees.

Gen. No. 42,812.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. Fry & Fry, for appellant; Stanley L. Shetler,

for appellee; Errett O. Graham, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.